**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re Chrysler Pacifica Fire Recall Litigation** | MDL No. |

**PLAINTIFF SCOTT OLSEN'S MOTION TO TRANSFER ACTIONS TO
THE NORTHERN OR CENTRIAL DISTRICT OF CALIFORNIA PURSUANT TO 28
U.S.C. § 1407
FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Judicial Panel on Multidistrict Litigation ("JPML") Rules of Procedure, Plaintiff Scott Olsen in the proposed class action Olsen v. Fiat Chrysler Automobiles (FCA) US, LLC, 3:22-cv-00368-TWR-NLS, respectfully moves for an order transferring the seven putative class actions listed on the attached Schedule of Actions (the "Related Actions"), as well as any tag-along actions or other cases that may be filed asserting related or similar claims, to the Northern District of California (San Jose Division) before the Honorable Edward J. Davila or the Central District of California (Southern Division (Santa Ana)) before the Honorable Cormac J. Carney for coordinated or consolidated pretrial proceedings.

Transfer for the purpose of consolidated or coordinated pretrial proceedings is appropriate for the following reasons:

(1)     The Related Actions arise from a common factual core, are all brought against the same defendant, have overlapping proposed class definitions, share many common legal claims and issues, and will rely upon common evidence.

(2)     If the Related Actions are litigated in separate forums, it will lead to duplicative discovery and motion practice and will likely result in conflicting rulings, particularly with

1

regard to class certification. The Related Actions should therefore be transferred to a central forum for consolidated or coordinated pretrial proceedings, so that the complex issues in this litigation can be addressed efficiently and adjudicated consistently.

(3) Transfer and centralization will also serve the overall convenience of the parties and witnesses, and promote the just and efficient conduct of the Related Actions, by eliminating duplicative discovery and depositions; reducing discovery-related travel, costs, and schedule conflicts; eliminating duplicative discovery disputes and motion practice; and avoiding conflicting rulings on discovery disputes—all of which will save the time and effort of the parties, counsel, witnesses, and the judiciary.

(4) Both the Northern District of California (San Jose Division) and the Central District of California (Southern Division (Santa Ana)) are appropriate and convenient venues for transfer and centralization of the Related Actions and any tag-along actions because California is the center of gravity of the litigation, with an estimated 40% of the subject vehicles sold within the state.

(5) Both the Honorable Edward J. Davila of the Northern District of California (San Jose Division) and the Honorable Cormac J. Carney of the Central District of California (Southern Division (Santa Ana)) are experienced judges with MDL experience.

In support of this motion, Olsen is also filing herewith (1) a brief describing the background of the litigation and his factual and legal contentions, (2) a Schedule of Actions in compliance with JPML Rule 6.2(a)(ii), and (3) a copy of all complaints and docket sheets for all actions listed in the Schedule of Actions.

WHEREFORE, Plaintiff Scott Olsen respectfully requests that the JPML grant his motion to transfer the Related Actions from the various United States District Courts in which they are now pending to either the Northern District of California (San Jose Division) before the Honorable Edward J. Davila for coordinated or consolidated pretrial proceedings or to the Central District of California (Santa Ana) before the Honorable Cormac J. Carney.

Respectfully submitted,

Dated: May 9, 2022

*/s/ Anne Marie Murphy*
ANNE MARIE MURPHY

**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
amurphy@cpmlegal.com

Attorneys for Plaintiff Scott Olsen and the Proposed Class in *Olsen v. Fiat Chrysler Automobiles (FCA) US, LLC*, No. 3:22-cv-00368-TWR-NLS (S.D. Cal.)